Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HENRY S. MONDESIR, | ) |
| Plaintiff, | ) CASE NO. 2:21-cv-00034-VCF |
| v. | ) |
| | ) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff, Henry S. Mondesir, by his attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed August 12, 2021.

Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

Wherefore, Plaintiff requests an extension from August 12, 2021 up to and including October 11,

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

2021 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated this 10th day of August, 2021.

                Respectfully submitted,

                */s/Hal Taylor*
                Hal Taylor, Esq.
                Of Counsel, Olinsky Law Group
                NV Bar No.: 4399
                223 Marsh Ave.
                Reno, NV 89519
                Tel: (775) 825-2223
                Fax: (775) 329-1113
                HalTaylorLawyer@GBIS.com

## Plaintiff's Certificate of Service:

I certify that I caused the Motion for Extension of Time to be served today, August 11, 2021, by CMECF to Chantal Jenkins, Esq., and Troy K. Flake, Esq., who are filing users of the CM/ECF system.

                */s/Hal Taylor*
                Hal Taylor, Esq.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-13-2021
_____