Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HENRY S. MONDESIR, | ) |
| Plaintiff, | ) CASE NO. 2:21-cv-00034-VCF |
| v. | ) |
| | ) **STIPULATION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], ACTING COMMISSIONER OF SOCIAL SECURITY, | ) **PLAINTIFF'S BRIEF** |
| Defendant. | ) |

    Plaintiff, Henry S. Mondesir, by his attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, and Defendant, through her undersigned attorneys, hereby move for a thirty-day extension of time to file Plaintiff's Opening Brief, with all other dates in the Scheduling Order extended accordingly (Dkt. No. 16). Plaintiff's opening brief is currently due to be filed October 11, 2021.  This is Plaintiff's second request for an Extension of Time.  On August 13, 2021, this Court graciously granted Plaintiff's first Motion for an Extension of Time.

    The parties request this extension because, after a review of the record, Counsel for Plaintiff discovered that the Administrative Record is missing a portion of the hearing

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

transcription from the Oral Hearing held on August 3, 2020, and therefore the record is incomplete. Once Counsel realized that the record is incomplete, he immediately reached out to Counsel for the Defendant to inquire about the missing portion of the hearing transcription. Without the complete Administrative Record, Counsel for Plaintiff is unable to adequately and thoroughly prepare complete and meritorious arguments on behalf of Plaintiff.

Wherefore, the parties request an extension from October 11, 2021 up to and including November 10, 2021 for Plaintiff to file his brief, with all other dates in the Scheduling Order (Dkt. No. 16) being extended accordingly.

Dated this 18th day of October, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Lynn Harada for Chantal R. Jenkins
Chantal R. Jenkins, Esq. (PASBN 307531)
Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (501) 970-4823
Fax: (415) 744-0134
Email: Chantal.jenkins@ssa.gov

/s/Hal Taylor
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@GBIS.com

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
      10-19-2021
DATED _____

## Certificate of Service:

I certify that I caused the Stipulation for Extension of Time to be served today, October 18, 2021, by CMECF to Chantal Jenkins, Esq., and Troy K. Flake, Esq., who are filing users of the CM/ECF system.

/s/Hal Taylor
Hal Taylor, Esq.